IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-975-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On June 4, 2019, the Magistrate Judge filed an Recommendation to which no timely objections have been filed. (Doc. # 40.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 40) is ADOPTED;

2. Plaintiff's motion under 28 U.S.C. § 2255 (Doc. # 1) is DENIED; and

3. This case is DISMISSED WITH PREJUDICE.

A separate Final Judgment will be entered

DONE this 22nd day of July, 2019.

                                                /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE